1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                               * * *

9    JACOB RAMIE PRATT,                 | Case No. 3:15-cv-00279-MMD-VPC

10                         Petitioner,  |            ORDER

      v.

11
      RENEE BAKER, et al.,

12
                        Respondents.

13

14

15        Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28

16   U.S.C. § 2254. The Court has reviewed the petition pursuant to Rule 4 of the Rules

17   Governing Section 2254 Cases in the United States District Courts. The Court will serve

18   the petition upon respondents for a response.

19        Petitioner admits that this action is untimely pursuant to 28 U.S.C. § 2244(d). He

20   also admits that he cannot show good cause for the delay, which the Court interprets as

21   an admission that he cannot establish grounds for equitable tolling. Instead, petitioner

22   argues that he is actually innocent of first-degree kidnaping with the use of a deadly

23   weapon and of attempted murder. Actual innocence can excuse operation of the statute

24   of limitations. *McQuiggin v. Perkins*, 133 S. Ct. 1924, 1928 (2013). The court cannot

25   evaluate petitioner's argument with the documents that it possesses currently.

26   Respondents may raise the issue of timeliness in their response.

27        It is therefore ordered that the Clerk of the Court shall file the petition for a writ of

28   habeas corpus pursuant to 28 U.S.C. § 2254.

1  It is further ordered that the Clerk shall add Adam Paul Laxalt, Attorney General
2  for the State of Nevada, as counsel for respondents.

3  It is further ordered that the Clerk shall electronically serve upon respondents a
4  copy of the petition and this order. In addition, the Clerk shall return to petitioner a copy
5  of the petition.

6  It is further ordered that respondents shall have forty-five (45) days from the date
7  on which the petition was served to answer or otherwise respond to the petition.
8  Respondents shall raise all potential affirmative defenses in the initial responsive
9  pleading, including lack of exhaustion and procedural default. Successive motions to
10  dismiss will not be entertained. If respondents file and serve an answer, then they shall
11  comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States
12  District Courts, and then petitioner shall have forty-five (45) days from the date on which
13  the answer is served to file a reply.

14  It is further ordered that any exhibits filed by the parties shall be filed with a
15  separate index of exhibits identifying the exhibits by number or letter. The CM/ECF
16  attachments that are filed further shall be identified by the number or numbers (or letter
17  or letters) of the exhibits in the attachment. The hard copy of any additional state court
18  record exhibits shall be forwarded — for this case — to the staff attorneys in Las Vegas.

19  It is further ordered that henceforth, petitioner shall serve upon respondents or, if
20  appearance has been entered by counsel, upon the attorney(s), a copy of every
21  pleading, motion or other document submitted for consideration by the Court. Petitioner
22  shall include with the original paper submitted for filing a certificate stating the date that
23  a true and correct copy of the document was mailed to the respondents or counsel for
24  the respondents. The Court may disregard any paper received by a district judge or
25  ///
26  ///
27  ///
28  ///

1   magistrate judge that has not been filed with the Clerk, and any paper received by a

2   district judge, magistrate judge, or the Clerk that fails to include a certificate of service.

3        DATED THIS 2nd day of July 2015.

4

5   _____

6   MIRANDA M. DU
    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28